■ LA SALA CONTRACTING COMPANY, INC., Appellant, v URIS CAPITOL CORPORATION et al., Respondents.—Order, Supreme Court, New York County, entered on August 5, 1975, unanimously affirmed for the reasons stated by Postel, J., at Special Term, and that the respondents recover of the

appellant $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Lupiano, Lane and Lynch, JJ.